THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. NEW YORK, SUSQUEHANNA AND WESTERN RAILROAD COMPANY, PLAINTIFF IN ERROR.

Argued May 16, 1928—Decided June 22, 1928.

For the plaintiff in error, *Hobart & Minard*.

For the defendant in error, *A. C. Hart*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Chief Justice in the Supreme Court.

*For affirmance*—THE CHANCELLOR, MINTURN, KATZENBACH, WHITE, VAN BUSKIRK, McGLENNON, KAYS, DEAR, JJ. 8.

*For reversal*—PARKER, J. 1.

STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. IRVING P. PARSONS, PLAINTIFF IN ERROR.

Argued May 21, 1928—Decided June 22, 1928.

For the plaintiff in error, *Robert H. McCarter* and *William I. Garrison*.

For the defendant in error, *Louis A. Repetto*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, BLACK, KATZENBACH, LLOYD, WHITE, VAN BUSKIRK, MC-GLENNON, KAYS, DEAR, JJ. 10.

*For reversal*—None.

STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. EDWARD B. TWARDUS, PLAINTIFF IN ERROR.

Submitted May 26, 1928—Decided October 15, 1928.

For the defendant in error, *Joseph L. Smith.*

For the plaintiff in error, *J. Victor D'Aloia.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, KALISCH, BLACK, KATZENBACH, LLOYD, VAN BUSKIRK, MC-GLENNON, KAYS, HETFIELD, DEAR, JJ. 11.

*For reversal*—None.